AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission

v.

Michael W. Crow, et al.

APPEARANCE

Case Number: 07 CIV 3814

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States Securities and Exchange Commission

I certify that I am admitted to practice in this court.

May 18, 2007
Date

*(signature)*
Signature

Jack Kaufman — JK-3050
Print Name — Bar Number

SEC, 3 World Financial Center
Address

New York — NY — 10281-1022
City — State — Zip Code

(212) 336-0106 — (212) 336-1319
Phone Number — Fax Number

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Notice of Appearance by mailing a copy of same via First Class Mail on this 18th day of May 2007 to:

Martin Kaplan, Esq.
Gusrae, Kaplan, Bruno & Nusbaum PLLC
120 Wall St.
New York, NY 10005
Attorney for Defendants Michael W. Crow and Duncan Capital Group LLC


Julian Rainero, Esq.
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036
Attorney for Defendants Duncan Capital LLC and Robert David Fuchs and Relief Defendant Santal Holdings LLC


Craig Warkol, Esq.
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036
Attorney for Robert MacGregor


Martin Russo, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
Attorney for Relief Defendants Trevor Crow, M.W. Crow Family LP, Crow 2001 Children's Trust FBO Michelle Lee Crow, Crow 2001 Children's Trust FBO Spencer Michael Crow, Crow 2001 Children's Trust FBO Duncan Crow, and Crow 2001 Children's Trust FBO Olivia Trevor Crow

JACK KAUFMAN (JK-3050)
Attorney for Plaintiff
Securities and Exchange Commission
Northeast Regional Office
3 World Financial Center
New York, NY 10281-1022
Ph: (212) 336-0106
Fax: (212) 336-1319
Email: KaufmanJa@sec.gov