UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| SECURITES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | 07 Civ. 3814 (CM) |
| | : | ECF CASE |
| v. | : | |
| MICHAEL W. CROW, DUNCAN CAPITAL LLC, DUNCAN CAPITAL GROUP LLC, ROBERT DAVID FUCHS, and ROBERT MACGREGOR, | : | |
| Defendants, | : | |
| and | : | |
| TREVOR CROW, SANTAL HOLDINGS LLC, M.W. CROW FAMILY LP, CROW 2001 CHILDREN'S TRUST FBO MICHELLE LEE CROW, CROW 2001 CHILDREN'S TRUST FBO SPENCER MICHAEL CROW, CROW 2001 CHILDREN'S TRUST FBO DUNCAN CROW, and CROW 2001 CHILDREN'S TRUST FBO OLIVIA TREVOR CROW, | : | |
| Relief Defendants. | : | |

---

## DECLARATION OF SERVICE

I, PREETHI KRISHNAMURTHY, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am a member of the Bar of this Court and an attorney for Plaintiff, United States Securities and Exchange Commission ("Commission"), and employed at the Commission's New York Regional Office.

2.  On May 16, 2007, the day after the Complaint was filed, I spoke with Martin P. Russo, Esq., of Nixon Peabody LLP, counsel for Relief Defendants Trevor Crow, M.W. Crow

Family LP, Crow 2001 Children's Trust FBO Michelle Lee Crow, Crow 2001 Children's Trust FBO Spencer Michael Crow, Crow 2001 Children's Trust FBO Duncan Crow, and Crow 2001 Children's Trust FBO Olivia Trevor Crow.  In that conversation, Mr. Russo agreed to accept service of the Complaint and waive service of the Summons on behalf of his clients in the above-captioned matter.

3.    On that same day, I served the Complaint in the above-captioned matter upon Relief Defendants Trevor Crow, M.W. Crow Family LP, Crow 2001 Children's Trust FBO Michelle Lee Crow, Crow 2001 Children's Trust FBO Spencer Michael Crow, Crow 2001 Children's Trust FBO Duncan Crow, and Crow 2001 Children's Trust FBO Olivia Trevor Crow by causing a true and correct copy of the Complaint to be transmitted by Federal Express for overnight delivery to their attorney, Mr. Russo, at his offices.  In addition, at Mr. Russo's request, I sent him a copy of the Complaint by electronic mail to the email address he provided: mrusso@nixonpeabody.com.

4.    Also on May 16, 2007, I spoke with Brian D. Graifman, Esq., of Gusrae, Kaplan, Bruno & Nussbaum PLLC, counsel for Defendants Michael W. Crow and Duncan Capital Group LLC.  I asked him whether he would agree to accept service of the Complaint and waive service of the Summons on behalf of his clients.  On May 17, 2007, Mr. Graifman sent me two emails confirming that he agreed to accept service of the Complaint and waive service of the Summons on behalf of his clients in the above-captioned matter.

5.    On May 17, 2007, I served the Complaint in the above-captioned matter upon Defendants Michael W. Crow and Duncan Capital Group LLC by causing a true and correct copy

of the Complaint to be transmitted by Federal Express for overnight delivery to their attorney, Mr. Graifman, at his offices.

6. On May 16, 2007, my colleague, James E. Burt IV, an attorney employed at the Commission's New York Regional Office, informed me that he had spoken that day with (i) Julian Rainero, Esq., of Bracewell & Giuliani LLP, counsel for Defendants Duncan Capital LLC and Robert David Fuchs and Relief Defendant Santal Holdings LLC; and (ii) Craig Warkol, Esq., also of Bracewell & Giuliani LLP, counsel for Defendant Robert MacGregor. Mr. Burt informed me that both Mr. Rainero and Mr. Warkol had agreed to accept service of the Complaint and waive service of the Summons in the above-captioned matter on behalf of their clients.

7. On May 16, 2007, I served the Complaint in the above-captioned matter upon Defendants Duncan Capital LLC and Robert David Fuchs and Relief Defendant Santal Holdings LLC by causing a true and correct copy of the Complaint to be transmitted by Federal Express for overnight delivery to their attorney, Mr. Rainero, at his offices.

8. On the same day, I served the Complaint in the above-captioned matter upon Defendant Robert MacGregor by causing a true and correct copy of the Complaint to be transmitted by Federal Express for overnight delivery to his attorney, Mr. Warkol, at his offices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:   May 18, 2007
            New York, New York

                                            s/ Preethi Krishnamurthy
                                            PREETHI KRISHNAMURTHY (PK-2809)
                                            Attorney for Plaintiff
                                            Securities and Exchange Commission
                                            New York Regional Office
                                            3 World Financial Center
                                            New York, NY  10281-1022
                                            Ph:  (212) 336-0116
                                            Fax: (212) 336-1317
                                            Email: krishnamurthyp@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Declaration of Service by mailing a copy of same via first class U.S. mail on this 18th day of May 2007 to:

Martin Kaplan, Esq.
Gusrae, Kaplan, Bruno & Nusbaum PLLC
120 Wall St.
New York, NY 10005
Attorney for Defendants Michael W. Crow and Duncan Capital Group LLC

Julian Rainero, Esq.
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036
Attorney for Defendants Duncan Capital LLC and Robert David Fuchs and Relief Defendant Santal Holdings LLC

Craig Warkol, Esq.
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036
Attorney for Robert MacGregor

Martin Russo, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
Attorney for Relief Defendants Trevor Crow, M.W. Crow Family LP, Crow 2001 Children's Trust FBO Michelle Lee Crow, Crow 2001 Children's Trust FBO Spencer Michael Crow, Crow 2001 Children's Trust FBO Duncan Crow, and Crow 2001 Children's Trust FBO Olivia Trevor Crow

                                                s/ Preethi Krishnamurthy
                                                PREETHI KRISHNAMURTHY (PK-2809)
                                                Attorney for Plaintiff
                                                Securities and Exchange Commission
                                                Northeast Regional Office
                                                3 World Financial Center
                                                New York, NY  10281-1022
                                                Ph:  (212) 336-0116
                                                Fax: (212) 336-1317
                                                Email: krishnamurthyp@sec.gov