UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,                                                    Docket No. 07 Civ. 3814 (CM)

                    Plaintiff,

  -v-                                                             **NOTICE OF APPEARANCE**

MICHAEL W. CROW, et al.,

                    Defendants.
--------------------------------------------------------x

      PLEASE ENTER MY APPEARANCE as counsel in this case for Defendant **Michael W. Crow**.

      I certify that I am admitted to practice in this court.


Dated: New York, New York
       May 23, 2007

                                      **GUSRAE, KAPLAN, BRUNO &
                                      NUSBAUM PLLC**

                    By: _____
                                      Brian D. Graifman (BG5636)
                                      *Attorneys for Defendant*
                                      *Michael W. Crow*
                                      120 Wall Street
                                      New York, New York 10005
                                      212-269-1400


crow/TF7098