UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,

                         Docket No. 07 Civ. 3814 (CM)

          Plaintiff,

-v-                                      **NOTICE OF APPEARANCE**

MICHAEL W. CROW, et al.,

          Defendants.
-----------------------------------------------------------x

      PLEASE ENTER MY APPEARANCE as counsel in this case for Defendant **Michael W. Crow**.

      I certify that I am admitted to practice in this court.

Dated: New York, New York
       May 23, 2007

                                            GUSRAE, KAPLAN, BRUNO &
                                            NUSBAUM PLLC

                               By: _____
                                       Martin H. Kaplan (MK6258)
                                       *Attorneys for Defendant*
                                       *Michael W. Crow*
                                       120 Wall Street
                                       New York, New York 10005
                                       212-269-1400

crow/TF7099