UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,                                                            Docket No. 07 Civ. 3814 (CM)

      Plaintiff,

 -v-                                                                              **NOTICE OF APPEARANCE**

MICHAEL W. CROW, et al.,

      Defendants.
----------------------------------------------------------x

 PLEASE ENTER MY APPEARANCE as counsel in this case for Defendant **Michael W. Crow**.

 I certify that I am admitted to practice in this court.

Dated: New York, New York
   May 23, 2007

                GUSRAE, KAPLAN, BRUNO &
                NUSBAUM PLLC

            By: _____
                Robert L. Herskovits (RH2586)
                *Attorneys for Defendant*
                *Michael W. Crow*
                120 Wall Street
                New York, New York 10005
                212-269-1400

crow/TF7101