UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>MICHAEL W. CROW, DUNCAN CAPITAL LLC, DUNCAN CAPITAL GROUP LLC, ROBERT DAVID FUCHS, and ROBERT MACGREGOR,<br><br>　　　　　　　　　　Defendants,<br><br>　　　　　　　　and<br><br>TREVOR CROW, SANTAL HOLDINGS LLC, M.W. CROW FAMILY LP, CROW 2001 CHILDREN'S TRUST FBO MICHELLE LEE CROW, CROW 2001 CHILDREN'S TRUST FBO SPENCER MICHAEL CROW, CROW 2001 CHILDREN'S TRUST FBO DUNCAN CROW, and CROW 2001 CHILDREN'S TRUST FBO OLIVIA TREVOR CROW,<br><br>　　　　　　　　　　Relief Defendants. | 07 Civ. 3814 (CM)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

　　Enter my appearance as counsel in this case on behalf of defendants Duncan Capital LLC, Duncan Capital Group LLC, and Robert MacGregor. I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
　　　　June 7, 2007

Respectfully submitted,

BRACEWELL & GIULIANI LLP

By /s/ Craig S. Warkol
_____
Craig S. Warkol (CW-5220)
1177 Avenue of the Americas
New York, New York 10036
(212) 508-6100
(212) 508-6101

Attorneys for Defendants Duncan Capital LLC, Duncan Capital Group LLC, and Robert MacGregor