AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 07-CIV-3814 (CM) (MHD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MICHAEL W. CROW and DUNCAN CAPITAL GROUP LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/11/2007 | *[signature]* |
| Date | Signature |
| | Seth L. Levine — SL 8685 |
| | Print Name — Bar Number |
| | FOLEY & LARDNER LLP, 90 Park Avenue |
| | Address |
| | New York — New York — 10016 |
| | City — State — Zip Code |
| | (212) 338-3407 — (212) 687-2329 |
| | Phone Number — Fax Number |