USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

MICHAEL W. CROW, DUNCAN CAPITAL LLC,
DUNCAN CAPITAL GROUP LLC, ROBERT DAVID
FUCHS, and ROBERT MACGREGOR,

        Defendants,

        and

TREVOR CROW, SANTAL HOLDINGS LLC,
M.W. CROW FAMILY LP, CROW 2001 CHILDREN'S
TRUST FBO MICHELLE LEE CROW, CROW 2001
CHILDREN'S TRUST FBO SPENCER MICHAEL CROW,
CROW 2001 CHILDREN'S TRUST FBO DUNCAN CROW,
and CROW 2001 CHILDREN'S TRUST FBO OLIVIA
TREVOR CROW,

        Relief Defendants.

---

07 Civ. 3814 (CM)
ECF CASE

STIPULATION
AND PROPOSED
ORDER

      IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff Securities and Exchange Commission (the "Commission") and each of Trevor Crow, M.W. Crow Family LP, Crow 2001 Children's Trust FBO Michelle Lee Crow, Crow 2001 Children's Trust FBO Spencer Michael Crow, Crow 2001 Children's Trust FBO Duncan Crow, and Crow 2001 Children's Trust FBO Olivia Trevor Crow (collectively, the "Crow Relief Defendants"), by their respective undersigned counsel, that, Crow Relief Defendants' counsel having accepted service

1

of the Complaint and waived service of the Summons on behalf of the Crow Relief Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure, Crow Relief Defendants shall have until July 16, 2007 to answer, or otherwise respond to, the Commission's Complaint.

Date: June 7, 2007

By:

MARK K. SCHONFELD
Regional Director

Preethi Krishnamurthy (PK-2809)
3 World Financial Center, Room 400
New York, New York 10281-1022
Attorney for Plaintiff
Securities and Exchange Commission

Date: June 7, 2007

MARTIN RUSSO (MR-4134)
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
Attorney for Relief Defendants Trevor Crow, M.W. Crow Family LP, Crow 2001 Children's Trust FBO Michelle Lee Crow, Crow 2001 Children's Trust FBO Spencer Michael Crow, Crow 2001 Children's Trust FBO Duncan Crow, and Crow 2001 Children's Trust FBO Olivia Trevor Crow

SO ORDERED:

UNITED STATES DISTRICT JUDGE

Dated: New York, New York
June 11, 2007

2