UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

MICHAEL W. CROW, DUNCAN CAPITAL LLC, DUNCAN CAPITAL GROUP LLC, ROBERT DAVID FUCHS, AND ROBERT MACGREGOR,

        Defendants,

and

TREVOR CROW, SANTAL HOLDINGS LLC, M.W. CROW FAMILY LP, CROW 2001 CHILDREN'S TRUST FBO MICHELLE LEE CROW, CROW 2001 CHILDREN'S TRUST FBO SPENCER MICHAEL CROW, CROW 2001 CHILDREN'S TRUST FBO DUNCAN CROW, and CROW 2001 CHILDREN'S TRUST FBO OLIVIA TREVOR CROW,

        Relief Defendants.

07 Civ. 3814 (CM)
ECF CASE

**AMENDED NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Craig S. Warkol hereby appears on behalf of Defendants Duncan Capital LLC, Robert David Fuchs, and Robert MacGregor and Relief Defendant Santal Holdings LLC, and respectfully requests that all parties take notice of this appearance and that all Notices, Pleadings and other documents filed in this matter be served on the undersigned. Please also take notice that Craig S. Warkol is not appearing on behalf of Defendant Duncan Capital Group LLC.

Dated: New York, New York
       June 12, 2007

Respectfully submitted,

Bracewell & Giuliani LLP

By _____/s/ Craig S. Warkol_____
        Craig S. Warkol
1177 Avenue of the Americas
New York, New York 10036
(212) 508-6100

Attorney for Defendants Duncan Capital LLC, Robert David Fuchs and Robert MacGregor and Relief Defendant Santal Holdings LLC