# GUSRAE, KAPLAN, BRUNO & NUSBAUM PLLC

| | ATTORNEYS AT LAW | |
|---|---|---|
| CIRINO M. BRUNO * | 120 WALL STREET | OF COUNSEL |
| MELVYN J. FALIS, P.C. | NEW YORK, NEW YORK 10005 | ROBERT L. BLESSEY |
| DAVID A. GEHN | | BERT L. GUSRAE |
| ROBERT L. HERSKOVITS | | |
| MARTIN H. KAPLAN | (212) 269-1400 | |
| LAWRENCE G. NUSBAUM | TELECOPIER (212) 809-5449 | |
| ROBERT PEREZ | www.gkblaw.com | |

SENIOR ATTORNEY
BRIAN D. GRAIFMAN (X627)

* MEMBER N.Y. AND N.J. BAR

June 13, 2007

Hon. Colleen McMahon, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

RECEIVED JUN 15 2007 CHAMBERS OF COLLEEN McMAHON

Re:    SEC v. Crow, et al., 07 CV 3824 3814 (CM)

Dear Judge McMahon:

We write to alert the Court that although we filed a Notice of Appearance for defendant Michael W. Crow in the above-referenced action (Documents # 5-7), subsequent counsel (Seth L. Levine of Foley & Lardner LLP) has also filed a Notice of Appearance to represent him (Document # 13). As Mr. Crow will be represented by Levine instead of us, and as this case is in preliminary stages, with no responsive pleadings having been filed, we respectfully request that the Court memo-endorse this letter, relieving Brian D. Graifman, Martin H. Kaplan and Robert L. Herskovits of this firm as counsel, and directing the Clerk of Court to update the Court's records to reflect the foregoing information.

Respectfully submitted,

Brian D. Graifman

**MEMO ENDORSED**

cc:    Michael W. Crow
       Martin H. Kaplan, Esq.
       Robert L. Herskovits, Esq.

       Attached Distribution List
       (All Counsel of Record)

6/15/07 Counsel are relieved — Clerk of Court to update court record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/07

GUSRAE, KAPLAN, BRUNO & NUSBAUM PLLC

Mark K. Schoenfeld, Esq.
Securities and Exchange Commission
Northeast Regional Office
233 Broadway The Woolworth Bldg.
New York, New York 10279

Jack Kaufman, Esq.
Securities & Exchange Commission
3 World Financial Center, Room 4300
New York, New York 10281

Preethi Krishnamurthy, Esq.
Securities and Exchange Commission
3 World Financial Center
New York, New York 10281

Seth L. Levine, Esq.
Foley & Lardner, LLP
90 Park Avenue
New York, New York 10016

Craig Steven Warkol, Esq.
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

Martin Paul Russo, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022

Alison Bender Cohen, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022