COURTESY COPY

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | 07 Civ. 3814 (CM) |
| | ECF CASE |
| v. | |
| MICHAEL W. CROW, DUNCAN CAPITAL LLC, DUNCAN CAPITAL GROUP LLC, ROBERT DAVID FUCHS, and ROBERT MACGREGOR, | PROPOSED ORDER |
| Defendants, | |
| and | |
| TREVOR CROW, SANTAL HOLDINGS LLC, M.W. CROW FAMILY LP, CROW 2001 CHILDREN'S TRUST FBO MICHELLE LEE CROW, CROW 2001 CHILDREN'S TRUST FBO SPENCER MICHAEL CROW, CROW 2001 CHILDREN'S TRUST FBO DUNCAN CROW, and CROW 2001 CHILDREN'S TRUST FBO OLIVIA TREVOR CROW, | |
| Relief Defendants. | |

---

IT IS SO ORDERED that all Defendants and Relief Defendants, having accepted service of the Complaint and waived service of the Summons pursuant to Rule 4 of the Federal Rules of Civil Procedure, shall have until September 10, 2007 to answer, or otherwise respond to, the Commission's Complaint.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
June 9, 2007

Trust FBO Olivia Trevor Crow (collectively, "Relief Defendants"), by their respective undersigned counsel, that all Defendants and Relief Defendants, having accepted service of the Complaint and waived service of the Summons pursuant to Rule 4 of the Federal Rules of Civil Procedure, shall have until September 10, 2007 to answer, or otherwise respond to, the Commission's Complaint.

                                MARK K. SCHONFELD
                                Regional Director

Date: _____  By: _____
                                Preethi Krishnamurthy (PK-2809)
                                3 World Financial Center, Room 400
                                New York, New York 10281-1022
                                Attorney for Plaintiff
                                Securities and Exchange Commission

Date: _____  _____
                                SETH L. LEVINE (SL-8685)
                                Foley & Lardner LLP
                                90 Park Avenue
                                New York, NY 10016
                                Attorney for Defendants Michael W. Crow and
                                Duncan Capital Group LLC

Date: 6/29/07  *[signature]*
                                CRAIG WARKOL (CW-5220)
                                Bracewell & Giuliani LLP
                                1177 Avenue of the Americas
                                New York, NY 10036
                                Attorney for Defendants Duncan Capital LLC,
                                Robert David Fuchs and Robert MacGregor and
                                Relief Defendant Santal Holdings LLC

Date: _____  _____
                                MARTIN P. RUSSO (MR-4134)
                                Nixon Peabody LLP

> M.W. Crow Family LP, Crow 2001 Children's Trust FBO Michelle Lee Crow, Crow 2001 Children's Trust FBO Spencer Michael Crow, Crow 2001 Children's Trust FBO Duncan Crow, and Crow 2001 Children's Trust FBO Olivia Trevor Crow.

3