**MEMO ENDORSED**

COURTESY COPY

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | 07 Civ. 3814 (CM) |
| | : | ECF CASE |
| v. | : | |
| | : | |
| MICHAEL W. CROW, DUNCAN CAPITAL LLC, | : | |
| DUNCAN CAPITAL GROUP LLC, ROBERT DAVID | : | |
| FUCHS, and ROBERT MACGREGOR, | : | **STIPULATION** |
| | : | |
| Defendants, | : | |
| | : | |
| and | : | |
| | : | |
| TREVOR CROW, SANTAL HOLDINGS LLC, | : | |
| M.W. CROW FAMILY LP, CROW 2001 CHILDREN'S | : | |
| TRUST FBO MICHELLE LEE CROW, CROW 2001 | : | |
| CHILDREN'S TRUST FBO SPENCER MICHAEL CROW, | : | |
| CROW 2001 CHILDREN'S TRUST FBO DUNCAN CROW, | : | |
| and CROW 2001 CHILDREN'S TRUST FBO OLIVIA | : | |
| TREVOR CROW, | : | |
| | : | |
| Relief Defendants. | : | |

---

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff Securities and Exchange Commission (the "Commission") and each of Michael W. Crow, Duncan Capital LLC, Duncan Capital Group LLC, Robert David Fuchs, and Robert MacGregor (collectively "Defendants"), and each of Trevor Crow, Santal Holdings LLC, M.W. Crow Family LP, Crow 2001 Children's Trust FBO Michelle Lee Crow, Crow 2001 Children's Trust FBO Spencer Michael Crow, Crow 2001 Children's Trust FBO Duncan Crow, and Crow 2001 Children's Trust FBO Olivia Trevor Crow (collectively, "Relief Defendants"), by their respective

undersigned counsel, that all Defendants and Relief Defendants, having accepted service of the Complaint and waived service of the Summons pursuant to Rule 4 of the Federal Rules of Civil Procedure, shall have until September 10, 2007 to answer, or otherwise respond to, the Commission's Complaint.

Date: 6/29/07

By: MARK K. SCHONFELD
Regional Director

Preethi Krishnamurthy (PK-2809)
3 World Financial Center, Room 400
New York, New York 10281-1022
Attorney for Plaintiff
Securities and Exchange Commission

Date: 6/29/07

SETH L. LEVINE (SL-8685)
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
Attorney for Defendants Michael W. Crow and
Duncan Capital Group LLC

Date: _____

CRAIG WARKOL (CW-5220)
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036
Attorney for Defendants Duncan Capital LLC,
Robert David Fuchs and Robert MacGregor and
Relief Defendant Santal Holdings LLC

Date: 6/29/07

ALISON B. COHEN (AC-7702)
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
Attorneys for Relief Defendants Trevor Crow,

2