UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

                              Plaintiff,         07 CIVIL 3814 (CM)

        -against-

                              Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Craig Steven Warkol__

- ☐ *Attorney*

    - ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __CW5220__

    - ☐ I am a Pro Hac Vice attorney

    - ☐ I am a Government Agency attorney

- ☐ *Law Firm/Government Agency Association*

    From: __U.S. Securities and Exchange Commission__

    To: __Bracewell and Giuliani LLP__

    - ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    - ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

- ☐ *Address:* __1177 Avenue of the Americas, 19th Fl.__
- ☐ *Telephone Number:* __(212) 508-6150__
- ☐ *Fax Number:* __(212) 508-6101__
- ☐ *E-Mail Address:* __craig.warkol@bgllp.com__

Dated: __7/16/07__