UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

SEC

           Plaintiff(s),           07 Civ. 3814 (CM) (MHD)

-against-

                   ORDER OF REFERENCE
                   TO A MAGISTRATE JUDGE

Crow

           Defendant(s).
_____X

The above entitled action is referred to the Honorable _Dolinger_____, United States Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_✓_ Specific Non-Dispositive Motion/Dispute:*

    Discovery
    Settlement

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Habeas Corpus

____ Social Security

____ Settlement*

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation

____ Inquest After Default/Damages Hearing

Particular Motion:_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: New York, New York
     7/20/07

SO ORDERED

_____
Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07