Craig S. Warkol (CW-5220)
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 508-6150
*Attorney for Defendants Robert David Fuchs,*
*Robert MacGregor, Duncan Capital LLC, and*
*Santal Holdings LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ECF CASE

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br>  v.<br><br>MICHAEL W. CROW, DUNCAN CAPITAL LLC, DUNCAN CAPITAL GROUP LLC, ROBERT DAVID FUCHS, and ROBERT MACGREGOR,<br><br>          Defendants,<br>       and<br><br>TREVOR CROW, SANTAL HOLDINGS LLC, M.W. CROW FAMILY LP, CROW 2001 CHILDREN'S TRUST FBO MICHELLE LEE CROW, CROW 2001 CHILDREN'S TRUST FBO SPENCER MICHAEL CROW, CROW 2001 CHILDREN'S TRUST FBO DUNCAN CROW, and CROW 2001 CHILDREN'S TRUST FBO OLIVIA TREVOR CROW,<br><br>         Relief Defendants. | 07 Civ. 3814 (CM)<br>ECF CASE<br><br>**DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO RULE 26** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants Duncan Capital LLC, Robert David Fuchs, Robert MacGregor and Relief Defendant Santal Holdings LLC, jointly hereby provide the following disclosures, based on the information now reasonably

available to them and subject to supplementation should additional information become available to them:

    **A.**    **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Based on the information reasonably available at this time, set forth below are the names and, if known, the addresses and telephone numbers of each individual likely to have discoverable information that the defendants may use to support its claims, unless solely for impeachment. Based on the information reasonably available to the defendants at the present time, the subject of each individual's knowledge is: Duncan Capital LLC's organization, compensation structure, and relationship, if any, with Duncan Capital Group, as well as the activities of Michael Crow, Robert Fuchs and Robert MacGregor with respect to certain transactions.

1. David Amir, former CEO of NUR Macroprinters, Israel (972-67-726545).
2. Richard Brounstein, former CFO of Calypte Biomedical, Lake Oswego, OR (510-774-1969)
3. Bernard Chan, former CFO of China World Trade, Shanghai, China. (852-90101800)
4. Michael W. Crow, 697 Beachside Road, Fairfield, CT (203-292-3843)
5. Richard Edelson, Centrecourt Asset Management LLC, 350 Madison Avenue, New York, NY 10017 (646-758-6750)
6. Robert David Fuchs, 135 Rogers Drive, New Rochelle, NY (914-576-6979)

7. Mike Handleman, CFO of Technoconcepts, 6060 Sepulveda Boulevard, Suite 202, Van Nuys, CA 91411 (818-988-3364)

8. Haro Hartounian, former President of Microislet, San Diego, CA

9. John Hui, former CEO of China World Trade, Shanghai, China. (604-722-6662)

10. Wilfred Jefferies, former CEO, Genemax, Vancouver, Canada. University of British Colombia, Vancouver, Canada,

11. Ilan Kenig, CEO of Unity Wireless, 7438 Fraser Park Drive, Burnaby, B.C., Canada V5J5B9 (604-267-2736)

12. Hilel Kramer, former CFO of NUR Macroprinters, Israel (972-54-500684).

13. John Levy, former CFO of Media Bay, New Jersey (201-650-6269)

14. Alan Lindsey, CEO of MIV, 8765 Ash St. Unit #1, Vancouver, B.C. Canada V6P6T3, (604-301-9545)

15. Patrick MacGowen, CFO of MIV, 8765 Ash St. Unit #1, Vancouver, B.C. Canada V6P6T3, (604-301-9545)

16. Robert MacGregor, 20 WaveCrest Ave, Venice, CA 90291 (310-392-0361)

17. Adam Ofek, former CFO of Technoconcepts, Tel Aviv, Israel. Gadish Investments, 1 Carlbach Street, Tel Aviv, (972-54-333-1985)

18. Dan Purjes, 1761 Kentfield Road, Wittingham, VT (802-368-7498)

19. Dallas Pretty, former CFO of Unity Wireless, 7438 Fraser Park Drive, Burnaby, B.C., Canada V5J5B9 (604-644-5944)

20. Eric Richardson, CEO of Cambria Capital, 2321 Rosecrans Avenue, Suite 4270, El Segundo, CA 90245 (310-606-5550)

21. Chris Rossman, Bushido Capital Partners, Ltd., 275 Seventh Avenue, Suite 2000, New York, NY 10001, (917-414-2279)

22. Konstantin Serafis, former CEO, Genemax, Vancouver, Canada. (604-808-5403)

23. David Skirloff, 178 Seven Bridges Road, Chappaqua, NY

24. Richard Smithline, CEO Centrecourt Asset Management LLC, 350 Madison Avenue, New York, NY 10017 (646-758-6752)

25. Tony Turgeon, CEO of Technoconcepts, 6060 Sepulveda Boulevard, Suite 202, Van Nuys, CA 91411 (818-988-3364)

26. Joel Vanderhoof, Cambria Capital LLC, 66 Exchange Place, Suite 200, Salt Lake City, UT 84111 (877-226-0477)

27. Robert Yingling, 12 Primrose Trail, Harding Township, NJ 07960 (973-425-1192).

In addition, among the entities listed above, there may be other current or former executives that possess relevant information. This disclosure will be supplemented as the names of these individuals becomes known to the defendants.

    **B.**    **A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:**

Based on the information reasonably available to the defendants, set forth below is a description of the categories of documents in the defendants possession, custody or control that the defendants may use to support their claims or defenses, unless solely for impeachment.

    1. Electronic mail from Duncan Capital LLC servers; to the extent any such e-mail messages have not been produced previously as responsive, or potentially responsive, to SEC document requests, they will be produced as responsive to the SEC's post-filing subpoena.

2. Documents from Duncan Capital LLC relating to funds and/or securities and loan interests disbursed or paid by Duncan Capital LLC to any of the defendants. All of these materials previously have been provided to SEC staff.

3. Documents from Santal Holdings LLC relating to funds and/or securities and loan interests disbursed or paid by Duncan Capital LLC to any of the Defendants. All of these materials previously have been provided to SEC staff.

4. Documents provided to the defendants by the SEC in the course of discovery, including but not limited to, testimony transcripts, exhibits thereto, and documents provided to the SEC staff during its investigation.

Dated: New York, NY
       July 31, 2007

By: _____
Craig S. Warkol (CW-5220)

Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 508-6150
Attorney for Defendants Duncan Capital LLC, Robert David Fuchs, Robert MacGregor, and Santal Holdings LLC

## CERTIFICATE OF SERVICE

       I hereby certify that I served the foregoing Defendants' Initial Disclosures Pursuant to Rule 26 by mailing a copy of same via Federal Express on this 31st day of July, 2007 to:

Preethi Krishnamurthy
Securities and Exchange Commission
Northeast Regional Office
3 World Financial Center
New York, NY 10281
*Attorney for Plaintiff*

Seth Levine, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
*Counsel for Michael W. Crow and Duncan Capital Group LLC*

Martin Russo, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
*Counsel for Trevor Crow, M.W. Crow Family LP,*
*Crow 2001 Children's Trust FBO Michelle Lee Crow,*
*Crow 2001 Children's Trust FBO Spencer Michael Crow,*
*Crow 2001 Children's Trust FBO Duncan Crow, and*
*Crow 2001 Children's Trust FBO Olivia Trevor Crow*

_____
CRAIG WARKOL (CW-5220)
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036
Ph: (212) 508-6100
Fax: (212) 938-3850
*Counsel for Robert David Fuchs, Robert MacGregor, Duncan Capital LLC, and Santal Holdings LLC*