```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,
                                    :
              Plaintiff,                     ORDER
                                    :
         -against-                           07 Civ. 3814 (CM)(MHD)
                                    :
CROW, et al.,                       :
              Defendants.
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/07

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a telephone conference has been scheduled in the above-captioned action on **AUGUST 15, 2007**, at **10:00 A.M.** Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Plaintiff's counsel is to make the necessary arrangements for the conference call.

Dated: New York, New York
       August 1, 2007

                              SO ORDERED.

                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Jack Kaufman, Esq.
Securities & Exchange Commission
3 World Financial Center, Room 4300
New York, NY 10281

Seth L. Levine, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
(212) 338-3407

Craig Steven Warkol, Esq.
U.S. Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

Martin Paul Russo, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Alison Bender Cohen, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022