UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION

                                    Plaintiff,

- against -

MICHAEL W. CROW, DUNCAN CAPITAL LLC,
DUNCAN CAPITAL GROUP LLC, ROBERT DAVID
FUCHS, and ROBERT MACGREGOR,

                              Defendants,
          and

TREVOR CROW, SANTAL HOLDINGS LLC, M.W. CROW
FAMILY LP, CROW 2001 CHILDREN'S TRUST FBO
MICHELLE LEE CROW, CROW 2001 CHILDREN'S
TRUST FBO SPENCER MICHAEL CROW, CROW 2001
CHILDREN'S TRUST FBO DUNCAN CROW, and CROW
2001 CHILDREN'S TRUST FBO OLIVIA TREVOR CROW,

                              Relief Defendants.

**NOTICE OF APPEARANCE**

07 Civ. 3814 (CM)

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

      Enter my appearance as counsel in this case on behalf of relief defendants Trevor Crow, M.W. Crow Family LP, Crow 2001 Children's Trust FBO Michelle Lee Crow, Crow 2001 Children's Trust FBO Spencer Michael Crow, Crow 2001 Children's Trust FBO Duncan Crow, and Crow 2001 Children's Trust FBO Olivia Trevor Crow. I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
       August 15, 2007

10244752.1

**NIXON PEABODY LLP**

By: __/s/ Tamar Duvdevani_____
     Tamar Y. Duvdevani (TD-7603)

437 Madison Avenue
New York, New York 10022
(212) 940-3000

*Attorneys for Relief Defendants*

*Trevor Crow, M.W. Crow Family LP, Crow 2001 Children's Trust FBO Michelle Lee Crow, Crow 2001 Children's Trust FBO Spencer Michael Crow, Crow 2001 Children's Trust FBO Duncan Crow, and Crow 2001 Children's Trust FBO Olivia Trevor Crow.*

10156997.1