Seth L. Levine (SL-8685)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 682-7474
Fax: (212) 687-2329

*Attorneys for Defendants Michael W. Crow
and Duncan Capital Group LLC*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL W. CROW, DUNCAN CAPITAL LLC, DUNCAN CAPITAL GROUP LLC, ROBERT DAVID FUCHS, and ROBERT MACGREGOR,<br><br>　　　　　　Defendants.<br>and<br><br>TREVOR CROW, SANTAL HOLDINGS LLC, M.W. CROW FAMILY LP, CROW 2001 CHILDREN'S TRUST FBO MICHELLE LEE CROW, CROW 2001 CHILDREN'S TRUST FBO SPENCER MICHAEL CROW, CROW 2001 CHILDREN'S TRUST FBO DUNCAN CROW, and CROW 2001 CHILDREN'S TRUST FBO OLIVIA TREVOR CROW,<br><br>　　　　　　Relief Defendants. | 07 Civ. 3814 (CM)(MHD)<br>ECF CASE<br><br><br><br><u>**NOTICE OF MOTION**</u><br><br>Oral Argument Requested |

　　PLEASE TAKE NOTICE that, for the reasons set forth in the accompanying Memorandum of Law, and all prior pleadings and proceedings herein, defendants Michael W. Crow and Duncan Capital Group LLC, by and through undersigned counsel, will move the Court

(Hon. Colleen McMahon), at the United States Courthouse, 500 Pearl Street, Room 640, New York, New York, at a date and time convenient to the Court, for an order dismissing plaintiff's request for injunctive relief pursuant to Fed. R. Civ. P. 12(b)(1), or, in the alternative, to strike the request pursuant to Fed. R. Civ. P. 12(f).

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b) and Fed. R. Civ. P. 6(e), any opposing affidavits and answering memoranda shall be served on or about September 27, 2007. Any reply affidavits and memoranda of law shall be served on or about October 8, 2007.

DATED: September 10, 2007

Respectfully submitted,

/s/ Seth L. Levine
Seth L. Levine (SL-8685)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 682-7474
Fax: (212) 687-2329

*Attorneys for Defendants Michael W. Crow and Duncan Capital Group LLC*

TO: Preethi Krishnamurthy
Securities and Exchange Commission
Northeast Regional Office
3 World Financial Center
New York, NY 10281

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, I caused a true and correct copy of the above Notice of Motion to be served on the following, via the United States District Court electronic filing system:


Preethi Krishnamurthy
Securities and Exchange Commission
Northeast Regional Office
3 World Financial Center
New York, NY 10281
*Attorneys for Plaintiff*

Martin Russo
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
*Attorneys for Trevor Crow, M.W. Crow Family LP,*
*Crow 2001 Children's Trust FBO Michelle Lee Crow,*
*Crow 2001 Children's Trust FBO Spencer Michael Crow,*
*Crow 2001 Children's Trust FBO Duncan Crow, and*
*Crow 2001 Children's Trust FBO Olivia Trevor Crow.*

Craig Warkol
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036
*Attorneys for Robert David Fuchs, Robert MacGregor,*
*Duncan Capital LLC, and Santal Holdings LLC*

                                                Dana C. Rundlöf
                                                Foley & Lardner LLP
                                                90 Park Avenue
                                                New York, NY 10016
                                                (212) 682-7474
                                                (212) 687-2329