Seth L. Levine (SL-8685)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 682-7474
Fax: (212) 687-2329

*Attorneys for Defendants Michael W. Crow
and Duncan Capital Group LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL W. CROW, DUNCAN CAPITAL LLC, DUNCAN CAPITAL GROUP LLC, ROBERT DAVID FUCHS, and ROBERT MACGREGOR,<br><br>Defendants.<br>and<br><br>TREVOR CROW, SANTAL HOLDINGS LLC, M.W. CROW FAMILY LP, CROW 2001 CHILDREN'S TRUST FBO MICHELLE LEE CROW, CROW 2001 CHILDREN'S TRUST FBO SPENCER MICHAEL CROW, CROW 2001 CHILDREN'S TRUST FBO DUNCAN CROW, and CROW 2001 CHILDREN'S TRUST FBO OLIVIA TREVOR CROW,<br><br>Relief Defendants. | 07 Civ. 3814 (CM)(MHD)<br>ECF CASE<br><br><br><br><u>**AFFIDAVIT OF SERVICE**</u> |

DANA RUNDLÖF, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at 519 East 82nd Street New York, New York 10028.

That on the 10th of September, 2007, deponent served copies of the **Notice of Motion** and the **Memorandum of Law in Support of Defendants Michael W. Crow's and**

**Duncan Capital Group LLC's Motion to Dismiss Claims for Injunctive Relief** by electronic mail and the ECF system[1] upon:

>Preethi Krishnamurthy
>Securities and Exchange Commission
>Northeast Regional Office
>3 World Financial Center
>New York, New York 10281
>KrishnamurthyP@SEC.GOV
>*Attorneys for Plaintiff*
>
>Martin Russo
>Nixon Peabody LLP
>437 Madison Avenue
>New York, New York 10022
>mrusso@nixonpeabody.com
>*Attorneys for Trevor Crow, M.W. Crow Family LP, Crow 2001 Children's Trust FBO Michelle Lee Crow, Crow 2001 Children's Trust FBO Spencer Michael Crow, Crow 2001 Children's Trust FBO Duncan Crow, and Crow 2001 Children's Trust FBO Olivia Trevor Crow.*
>
>Craig Warkol
>Bracewell & Giuliani LLP
>1177 Avenue of the Americas
>New York, New York 10036
>Craig.Warkol@bgllp.com
>*Attorneys for Robert David Fuchs, Robert MacGregor, Duncan Capital LLC, and Santal Holdings LLC*

Sworn to before me this
11th day of September, 2007

_____
Notary Public

Dana Rundlöf

EMILY SAUSEN
Notary Public, State of New York
No. 02SA6137667
Qualified in New York County
Commission Expires Dec. 5, 20__

---

[1] On the morning of September 11, 2007, deponent received an electronic mail notification from the ECF system of a "Deficient Docket Entry" stating: "Note to Attorney Dana Christina Rundlof to RE-FILE Document [34] MOTION to Dismiss Claims for Injunctive Relief. ERROR(S): Filing Error of Attachments. Supporting Memorandum of Law must be filed individually. Event code located under Replies, Opposition and Supporting Documents." As instructed, we immediately re-filed the documents.