UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION

                        Plaintiff,

- against -

MICHAEL W. CROW, DUNCAN CAPITAL LLC,
DUNCAN CAPITAL GROUP LLC, ROBERT DAVID
FUCHS, and ROBERT MACGREGOR,

                        Defendants,

and

TREVOR CROW, SANTAL HOLDINGS LLC, M.W. CROW
FAMILY LP, CROW 2001 CHILDREN'S TRUST FBO
MICHELLE LEE CROW, CROW 2001 CHILDREN'S
TRUST FBO SPENCER MICHAEL CROW, CROW 2001
CHILDREN'S TRUST FBO DUNCAN CROW, and CROW
2001 CHILDREN'S TRUST FBO OLIVIA TREVOR CROW,

                        Relief Defendants.

07 Civ. 3814 (CM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

PLEASE TAKE NOTICE that NIXON PEABODY LLP is hereby substituted as attorneys of record for the defendants Michael W. Crow and Duncan Capital Group LLC in the above-captioned matter in substitution for the firm FOLEY & LARDNER LLP, which previously appeared as attorneys of record.

Dated: December 21, 2007

Superseding Attorneys
NIXON PEABODY LLP
Martin P. Russo (MR-4134)
437 Madison Avenue
New York, New York 10022
Phone: 212-940-3000
Fax:   212-940-3111

Withdrawing Attorneys
FOLEY & LARDNER LLP
Seth L. Levine (SL-8685)
90 Park Avenue
New York, New York 10016
Phone: 212.682.7474
Fax:   212.687.2329

10836827.1

U.S.D.J.