```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Securities and Exchange Commission,

        Plaintiff(s),

  -against-

Michael W. Crow, et al,

        Defendant(s).
-------------------------------------------------X

07 Civ 3814 (CM) (MHD)

CALENDAR NOTICE

Please take notice that the above captioned matter has been **scheduled** for:

| | | |
|---|---|---|
| ✓ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, January 25, 2008 at 2:00 p.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: January 14, 2008
      New York, New York

So Ordered

_____
Colleen McMahon, U.S.D.J

Copies mailed /faxed/handed to counsel on  1/14/08