

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE**
3 WORLD FINANCIAL CENTER
ROOM 4300
NEW YORK, NEW YORK 10281-1022

JACK KAUFMAN
(212) 336-0106
KaufmanJa@sec.gov

January 18, 2008

**MEMO ENDORSED**  2/23/08  Further adj since discovery complete

VIA FAX (212-805-6326)

Hon. Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

RE: SEC v. Michael W. Crow, et al., 07 Civ. 3814 (CM)

Dear Judge McMahon:

I represent plaintiff Securities and Exchange Commission in the above-referenced action. The Commission respectfully requests a one-week adjournment of the pre-trial conference recently scheduled for January 25, 2008, due to a deposition scheduled for the same date in this matter. We have conferred with counsel for the defendants, who do not object to our request.

Pursuant to the Civil Case Management Plan entered by the Court on July 20, 2007, the parties are working to complete discovery by April 1, 2008, and have a number of depositions scheduled. The deposition scheduled for January 25 is of a non-party witness who is traveling to New York from Texas for the deposition. The Commission and defendants are available for a pre-trial conference the following week on February 1 at 2:00 p.m.

Respectfully submitted,

Jack Kaufman
Senior Trial Counsel
Division of Enforcement

cc: Martin Russo, Esq. (by email only)
Craig Warkol, Esq. (by email only)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08
```