UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION

                Plaintiff,

- against -

MICHAEL W. CROW, DUNCAN CAPITAL LLC,
DUNCAN CAPITAL GROUP LLC, ROBERT DAVID
FUCHS, and ROBERT MACGREGOR,

                Defendants,
and

TREVOR CROW, SANTAL HOLDINGS LLC, M.W. CROW
FAMILY LP, CROW 2001 CHILDREN'S TRUST FBO
MICHELLE LEE CROW, CROW 2001 CHILDREN'S
TRUST FBO SPENCER MICHAEL CROW, CROW 2001
CHILDREN'S TRUST FBO DUNCAN CROW, and CROW
2001 CHILDREN'S TRUST FBO OLIVIA TREVOR CROW,

                Relief Defendants.

07 Civ. 3814 (CM)

**RULE 7.1
DISCLOSURE
STATEMENT**

## DEFENDANT DUNCAN CAPITAL GROUP LLC'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Duncan Capital Group LLC, by its undersigned counsel Nixon Peabody LLP, affirms that it has no parent corporation and there is no publicly-held corporation that owns 10% or more of its stock.

Dated: January 28, 2008
      New York, New York

                Respectfully submitted,

                **NIXON PEABODY LLP**

                By: __/S/_____
                      Martin P. Russo (MR-4134)
                      Alison B. Cohen (AC-7702)
                      437 Madison Avenue
                      New York, NY 10022
                      (212) 940-3000

                *Attorneys for Defendant Duncan Capital Group LLC*

10887978.1