```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,
                                    :
            Plaintiff,              :    AMENDED ORDER
                                    :
       -against-                         07 Civ. 3814 (CM)(MHD)
                                    :
CROW, et al.,                       :
            Defendants.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a conference has been scheduled in the above-captioned action on **MONDAY, FEBRUARY 25, 2008 at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       February 13, 2008

                              SO ORDERED.

                              _____
                              **MICHAEL H. DOLINGER**
                              **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today to:

Mark K. Schoenfeld, Esq.
Securities and Exchange Commission
Northeast Regional Office
233 Broadway, The Woolworth Bldg.
New York, NY 10279

Jack Kaufman, Esq.
Securities & Exchange Commission
3 World Financial Center, Room 4300
New York, NY 10281

Preethi Krishnamurthy
U.S. Securities and Exchange Commission (3 World Financial)
Three World Financial Center
New York, NY 10281

Craig Steven Warkol, Esq.
U.S. Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

Martin Paul Russo, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Alison Bender Cohen, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Tamar Y. Duvdevani, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022