UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　　　　Plaintiff,<br>　　　　v.<br><br>MICHAEL W. CROW, DUNCAN CAPITAL LLC, DUNCAN CAPITAL GROUP LLC, ROBERT DAVID FUCHS, and ROBERT MACGREGOR,<br><br>　　　　　　　　　　　　　　Defendants,<br>　　　　and<br><br>TREVOR CROW, SANTAL HOLDINGS LLC, M.W. CROW FAMILY LP, CROW 2001 CHILDREN'S TRUST FBO MICHELLE LEE CROW, CROW 2001 CHILDREN'S TRUST FBO SPENCER MICHAEL CROW, CROW 2001 CHILDREN'S TRUST FBO DUNCAN CROW, and CROW 2001 CHILDREN'S TRUST FBO OLIVIA TREVOR CROW,<br><br>　　　　　　　　　　　　　　Relief Defendants. | 07 Civ. 3814 (CM)<br>ECF CASE<br><br>**BRACEWELL & GIULIANI LLP's MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS DAVID FUCHS AND DUNCAN CAPITAL LLC AND RELIEF DEFENDANT SANTAL HOLDINGS LLC** |

　　　　PLEASE TAKE NOTICE that the law firm of BRACEWELL & GIULIANI LLP, by and through its undersigned counsel files this Motion for Leave to Withdraw as Counsel for Defendants DAVID FUCHS and DUNCAN CAPITAL LLC and Relief Defendant SANTAL HOLDINGS LLC, and in support thereof states:

　　　　1.　　As evidenced by the Declaration of Julian Rainero, Esq., dated February 28, 2008 submitted for this Court's in camera review only, due to attorney-client privileged communications, Defendant David Fuchs has discharged Bracewell & Giuliani LLP as his counsel in this matter and has discharged Bracewell & Giuliani LLP as counsel for Duncan Capital LLC and Sanatal Holdings LLC.

-2-

2.    The undersigned has notified counsel for Plaintiff Securities and Exchange Commission ("SEC") of Bracewell & Giuliani LLP's intent to file the Motion.

WHEREFORE, Bracewell & Giuliani LLP requests this Court to grant its Motion for Leave to Withdraw and to enter an order relieving Bracewell & Giuliani LLP of further responsibility to act as counsel for Defendants DAVID FUCHS, DUNCAN CAPITAL LLC and Relief Defendant SANTAL HOLDINGS LLC.

Dated: New York, New York
       February 28, 2008

                Respectfully submitted,
                BRACEWELL & GIULIANI LLP


                By: /s/ Craig S. Warkol
                    Craig S. Warkol

                1177 Avenue of the Americas
                New York, New York 10036
                (212) 508-6100

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on February 29, 2008 I electronically filed the foregoing Bracewell & Giuliani LLP Motion for Leave to Withdraw as Counsel of Record for Defendant David Fuchs, Duncan Capital LLC and Santal Holdings, Inc. with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jack Kaufman, Esq.

Preethi Krishnamurthy, Esq.

Martin Paul Russo, Esq.

                                              /s/ Craig S. Warkol
                                                 Craig S. Warkol