UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : 07 Civ. 3814 (CM) |
| v. | : ECF Case |
| | : |
| MICHAEL W. CROW, DUNCAN CAPITAL LLC, DUNCAN CAPITAL GROUP LLC, ROBERT DAVID FUCHS, and ROBERT MACGREGOR, | : |
| | : |
| Defendants, | : |
| | : |
| and | : |
| | : |
| TREVOR CROW, SANTAL HOLDINGS LLC, M.W. CROW FAMILY LP, CROW 2001 CHILDREN'S TRUST FBO MICHELLE LEE CROW, CROW 2001 CHILDREN'S TRUST FBO SPENCER MICHAEL CROW, CROW 2001 CHILDREN'S TRUST FBO DUNCAN CROW, and CROW 2001 CHILDREN'S TRUST FBO OLIVIA TREVOR CROW, | : |
| | : |
| Relief Defendants. | : |

**PLAINTIFF'S PARTIAL OPPOSITION TO BRACEWELL & GIULIANI LLP'S
MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANTS DAVID FUCHS AND DUNCAN CAPITAL LLC AND
<u>RELIEF DEFENDANT SANTAL HOLDINGS LLC</u>**

Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits this memorandum in partial opposition to Bracewell & Giuliani LLP's ("Bracewell") motion for leave to withdraw as counsel for Defendants David Fuchs and Duncan Capital LLC ("Duncan Capital") and Relief Defendant Santal Holdings LLC ("Santal"). The Commission does not object to Bracewell's withdrawal as counsel for

Mr. Fuchs. The Commission does object, however, to Bracewell's withdrawal as counsel for Duncan Capital and Santal, insofar as those corporate entities would be left without counsel in this action. Corporate entities cannot appear in this matter other than through counsel. See Shapiro, Bernstein & Co. v. Continental Record Co., 386 F.2d 426, 427 (2d Cir. 1967). Accordingly, the Commission opposes Bracewell's request to withdraw as counsel for Duncan Capital and Santal unless and until those entities provide acceptable substitute counsel for Bracewell in this action.

Dated: New York, New York
   March 3, 2008

            By: /s/ Preethi Krishnamurthy
               Preethi Krishnamurthy (PK-2809)
               Jack Kaufman (JK-3050)
               Attorneys for Plaintiff
               Securities and Exchange Commission
               New York Regional Office
               3 World Financial Center
               New York, NY 10281-1022
               Krishnamurthy: (212) 336-0116
               Kaufman:  (212) 336-0106