UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION

                     Plaintiff,

- against -

MICHAEL W. CROW, DUNCAN CAPITAL LLC,
DUNCAN CAPITAL GROUP LLC, ROBERT DAVID
FUCHS, and ROBERT MACGREGOR,

                     Defendants,
and

TREVOR CROW, SANTAL HOLDINGS LLC, M.W. CROW
FAMILY LP, CROW 2001 CHILDREN'S TRUST FBO
MICHELLE LEE CROW, CROW 2001 CHILDREN'S
TRUST FBO SPENCER MICHAEL CROW, CROW 2001
CHILDREN'S TRUST FBO DUNCAN CROW, and CROW
2001 CHILDREN'S TRUST FBO OLIVIA TREVOR CROW,

                     Relief Defendants.

07 Civ. 3814 (CM)(MHD)
**NOTICE OF MOTION FOR THE EXTENSION OF TIME TO MAKE EXPERT DISCLOSURES**

**PLEASE TAKE NOTICE** that upon the declaration of Alison B. Cohen, Esq., sworn to March 3, 2008, the exhibits thereto, and the accompanying Memorandum of Law, defendants Michael W. Crow, Duncan Capital Group LLC, and relief defendants Trevor Crow, M.W. Crow Family LP, Crow 2001 Children's Trust FBO Michelle Lee Crow, Crow 2001 Children's Trust FBO Spencer Michael Crow, Crow 2001 Children's Trust FBO Duncan Crow, and Crow 2001 Children's Trust FBO Olivia Trevor Crow, through their attorneys Nixon Peabody LLP, move this Court pursuant to the Federal Rule of Civil Procedure 16(b) for an order extending the time to name defense experts and disclose expert reports for the above-captioned case until April 21, 2008.

10921876.4

DATED: New York, New York
March 3, 2008

                                                      Martin P. Russo (MR-4134)
Alison B. Cohen (AC-7702)
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022
Tel: 212-940-3000
Fax: (212) 940-3111

*Attorneys for Michael W. Cro,w
Duncan Capital Group LLC,
Trevor Crow, M.W. Crow Family, L.P.,
Crow 2001 Children's Trust FBO,
Michelle Lee Crow, Crow 2001,
Children's Trust FBO Spencer
Michael Crow, Crow 2001 Children's
Trust FBO Duncan Crow, and Crow
2001 Children's Trust FBO Olivia
Trevor Crow*

To:

Jack Kaufman
Preethi Krishnamurthy
Securities and Exchange Commission
New York Regional
Three World Financial Center
Room 400
New York, New York 10281-1022
Tel: 212-336-1020
*Attorneys for Plaintiff*

Craig Warkol, Esq.
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036
*Attorneys for Duncan Capital LLC, Robert David Fuchs, Robert MacGregor, and Santal Holdings LLC*