UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-against-

MICHAEL W. CROW, et al.,                  07 Civ. 3814 (CM)

    Defendants,

-and-

TREVOR CROW, et al.,

    Relief Defendants.

----------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

### ORDER PERMITTING SUBSTITUTION OF COUNSEL

McMahon, J.:

    IT IS HEREBY ORDERED that Howard B. Sirota, Esq. is substituted as counsel for Defendants David Fuchs and Duncan Capital LLC and Relief Defendant Santal Holdings LLC, and Bracewell & Giuliani is relieved as counsel for the aforementioned parties.

Dated: March 5, 2007

                                                          _____
                                                          U.S.D.J.

BY ECF TO ALL COUNSEL