# NIXON PEABODY LLP
### ATTORNEYS AT LAW



```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08
```

437 Madison Avenue
New York, New York 10022-7001
(212) 940-3000
Fax: (212) 940-3111
Direct Dial: (212) 940-3749
E-Mail: abcohen@nixonpeabody.com

## MEMO ENDORSED

**BY FACSIMILE ONLY**

March 4, 2008

Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007
Fax: 212-805-6326

*[Handwritten endorsement: 4/15/08 All you had to do was send a letter. Because you made a motion, we just put it on the shelf. So denied. Granted nunc pro tunc.]*

RE: SEC v. Michael W. Crow, et al, 07 Civ. 3814

Dear Judge McMahon:

We represent Michael W. Crow, Duncan Capital Group LLC, Trevor Crow, M.W. Crow Family LP, Crow 2001 Children's Trust FBO Michelle Lee Crow, Crow 2001 Children's Trust FBO Spencer Michael Crow, Crow 2001 Children's Trust FBO Duncan Crow, and Crow 2001 Children's Trust FBO Olivia Trevor Crow (collectively, the "Crow Defendants") in the above-referenced matter. Enclosed please find courtesy copies of the Notice of Motion for the Extension of Time to Make Expert Disclosures, Declaration of Alison B. Cohen in support of the motion, and Memorandum of Law in support of the motion filed by the Crow Defendants yesterday.

Respectfully submitted,

*[signature]*

Alison B. Cohen

Enclosures

10929260.1

WWW.NIXONPEABODY.COM

cc: Preethi Krishnamurthy, Esq. (*by email*)
Jack Kaufman, Esq. (*by email*)
Securities and Exchange Commission
Northeast Regional Office
3 World Financial Center
New York, NY 10281
krishnamurthyp@sec.gov
KaufmanJa@sec.gov

Craig Warkol, Esq. (*by email*)
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036
Craig.warkol@bgllp.com

NIXON PEABODY LLP