UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION

                            Plaintiff,

-against-

MICHAEL W. CROW, DUNCAN CAPITAL LLC, DUNCAN CAPITAL GROUP LLC, ROBERT DAVID FUCHS, and ROBERT MACGREGOR,

                            Defendants.

and

TREVOR CROW, SANTAL HOLDINGS LLC, M.W. CROW FAMILY LP, CROW 2001 CHILDREN'S TRUST FBO MICHELLE LEE CROW, CROW 2001 CHILDREN'S TRUST FBO SPENCER MICHAEL CROW, CROW 2001 CHILDREN'S TRUST FBO DUNCAN CROW, and CROW 2001 CHILDREN'S TRUST FBO OLIVIA TREVOR CROW,

                          Relief Defendants.

**NOTICE OF APPEARANCE**

07 Civ. 3814 (CM)

**PLEASE TAKE NOTICE** that BUTZEL LONG hereby appears as co-counsel of record, along with Nixon Peabody, LLP, for defendants Michael W. Crow and Duncan Capital Group LLC, and Relief Defendants Trevor Crow, M.W. Crow Family LP, Crow 2001 Children's Trust FBO Michelle Lee Crow, Crow 2001 Children's Trust FBO Spencer Michael Crow, Crow 2001 Children's Trust FBO Duncan Crow, and Crow 2001 Children's Trust FBO Olivia Trevor Crow in the above-captioned matter.

Dated: New York, New York
         June 17, 2008

BUTZEL LONG

/s/Martin P. Russo
Martin P. Russo (MR – 4134)
380 Madison Avenue
New York, NY 10017
Phone: 212-818-1110
Fax: 212-818-0494

000139270\0001\158154-1

### Certificate of Service

  I certify that on this 17th day of June 2008, I served a true copy of the Notice of Substitution of Counsel by U.S. Mail and email on the following parties:

Preethi Krishnamurthy
U.S. Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Room 400
New York, NY  10281-1022
KrishnamurthyP@SEC.GOV

*Attorneys for Plaintiff*

Jack Kaufman
U.S. Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Room 400
New York, NY  10281-1022
KaufmanJ@SEC.GOV

*Attorneys for Plaintiff*

Howard Sirota
Attorney at Law
260 Madison Avenue
New York, New York 10016

*Attorney for Robert David Fuchs,*
*Duncan Capital LLC, and*
*Santal Holdings LLC*

               /s/ Ross J. Ellick
               Ross J. Ellick