UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Securities And Exchange Commission,      07 Civ. 3814 (CM) (MHD)

         Plaintiff(s),

                                       **TRIAL NOTICE**

-against-

Michael W. Crow, et al,

         Defendant(s).
-------------------------------------------------------X

     Please take notice that the above captioned matter has been scheduled for a Final Pretrial Conference **before the Honorable Colleen McMahon, United States District Judge, on Friday, October 3, 2008 at 2:00 p.m., in courtroom 21B, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007. Trial has been scheduled for Tuesday, October 14, 2008 at 9:30 a.m..**

     Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: July 17, 2008
         New York, New York

                                                 So Ordered

                                                 _____
                                                 Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08