SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center – Room 400
New York, New York 10281-1022
(212) 336-0175 (Szczepanik)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

    - against-                           07-CV-3814 (CM) (MHD)
                                                 NOTICE OF APPEARANCE

MICHAEL W. CROW, et al.

        Defendants.
------------------------------------------------------------------x

       Please take notice that the following attorney has entered her appearance as counsel in this case for plaintiff Securities and Exchange Commission, and is admitted to practice in this court.

               Valerie A. Szczepanik
               Securities and Exchange Commission
               3 World Financial Center
               New York, New York 10281-1022
               Ph: 212.336.0175
               Fx: 212.336.1317
               szczepanikv@sec.gov

Executed:    August 4, 2008
               New York, New York

_____
VALERIE A. SZCZEPANIK
Attorney for Plaintiff
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281-1022
Ph: (212) 336-0175
Fx: (212) 336-1317
szczepanikv@sec.gov