SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center – Room 400
New York, New York 10281-1022
(212) 336-0174 (Stoelting)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION, :
:
Plaintiff, :
:
: 07-CV-3814 (CM) (MHD)
- against- : <u>NOTICE OF APPEARANCE</u>
:
MICHAEL W. CROW, et al. :
:
Defendants. :
------------------------------------------------------------------x

Please take notice that the following attorney has entered his appearance as counsel in this case for plaintiff Securities and Exchange Commission, and is admitted to practice in this Court.

        David Stoelting
        Securities and Exchange Commission
        3 World Financial Center
        New York, New York  10281-1022
        Ph: 212.336.0174
        Fx: 212.336.1324
        stoeltingd@sec.gov

Executed:    August 4, 2008
                New York, New York

*/s/ David Stoelting*
DAVID STOELTING
Attorney for Plaintiff
Securities and Exchange Commission
3 World Financial Center
New York, NY  10281-1022
Ph:  (212) 336-0174
Fax: (212) 336-1324
stoeltingd@sec.gov