UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

SECURITIES AND EXCHANGE COMMISSION,  :

                  Plaintiff,  :

  -against-  :  07 CV 3814 (CM) (MHD)

MICHAEL W. CROW, et al.,  :

                  Defendants.  :

-----------------------------------------------------------------------

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the attached Memorandum of Law In Support of Plaintiff's Motion *In Limine* to Preclude Defendants' Expert's Testimony, dated August 4, 2008, and the exhibits thereto, and upon the entire record in this matter and all prior proceedings herein, plaintiff Securities and Exchange Commission will move before this Court for an order precluding trial testimony by J. Richard Tucker, an expert witness proposed by defendants Michael W. Crow and Duncan Capital Group LLC.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 3.E.ii of the Individual Practices of Judge McMahon, responses are due in five days.

Dated: New York, NY
       August 4, 2008

                                            /s/ Valerie A. Szczepanik
                                            _____
                                            VALERIE A. SZCZEPANIK
                                            DAVID STOELTING
                                            Attorneys for Plaintiff
                                            Securities and Exchange Commission
                                            New York Regional Office
                                            3 World Financial Center - RM 4300
                                            New York, NY 10281-1022

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 4th day of August, 2008, copies of the above and foregoing was served on Defendants by sending a copy by Federal Express Overnight delivery to:

Martin P. Russo
Butzel Long
380 Madison Avenue
New York, NY 10017

Adam Gilbert
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

*Attorneys for Defendants Michael W. Crow and Duncan Capital Group LLC and Relief Defendants Trevor Crow, M.W. Crow Family LP, Crow 2001 Children's Trust FBO Michelle Lee Crow, Crow 2001 Children's Trust FBO Spencer Michael Crow, Crow 2001 Children's Trust FBO Duncan Crow, and Crow 2001 Children's Trust FBO Olivia Trevor Crow*

Howard B. Sirota
Attorney At Law
260 Madison Avenue
New York, NY 10016

*Attorney for Defendants Duncan Capital LLC and Robert David Fuchs and Relief Defendant Santal Holdings LLC*

_____
VALERIE A. SZCZEPANIK
Attorney for Plaintiff
Securities and Exchange Commission
3 World Financial Center - RM 400
New York, NY 10281-1022
Ph: (212) 336-0175
Fx: (212) 336-1317
szczepanikv@sec.gov