UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                      Plaintiff,

- against -

MICHAEL W. CROW, et al.,

                      Defendants.

07 Civ. 3814 (CM)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK )

      Florence Oliver, being duly sworn, deposes and says:

      I am a resident of the State of New Jersey, over the age of eighteen years, and not a party to the within action. My business address is Butzel Long, A Professional Corporation, 380 Madison Avenue, New York, New York 10017. On August 14, 2008, I served the within **MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE DEFENDANTS' EXPERT'S TESTIMONY** via **FEDERAL EXPRESS** at the addresses set forth below:

Valerie A. Szczepanik, Esq.
David Stoelting, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 4300
New York, NY 10281
(212) 336-0106
*Attorneys for Securities and Exchange Commission*

Howard Sirota, Esq.
Sirota & Sirota, L.L.P.
110 Wall Street, 21st Floor
New York, NY 10005
(212) 425-9055
*Attorneys for Duncan Capital LLC, Robert David Fuchs, and Santal Holdings LLC*

                                                       /s/ Florence Oliver
                                                       Florence Oliver

Sworn to before me this
14th day of August 2008

/s/ Notary Public

ROSS J. ELLICK
Notary Public, State of New York
No. 02EL5075498
Qualified in Westchester County
Commission Expires August 21, 2005