MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

SDNY(NYC)
07-cv-3814

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 28th day of May, two thousand and nine,

Securities and Exchange Commission,

    Plaintiff-Appellee,

v.

Michael W. Crow,

    Defendant-Appellant,

Duncan Capital Group LLC, Robert MacGregor, Robert David Fuchs,

    Defendants,

M.W. Crow Family LP,

    Relief-Defendant-Appellant,

Trevor Crow, Crow 2001 Children's Trust FBO Michelle Lee Crow, Crow 2001 Children's Trust FBO Spenser Michael C, Crow 2001 Children's Trust FBO Duncan Crow, Crow 2001 Children's Trust FBO Olivia Trevor Cro, Santal Holdings LLC

    Relief-Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 7 2009

**ORDER**
Docket Number: 09-0224-cv



FILED MAY 28 2009
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

    An appeal having been filed in this Court on 01/14/09; and,

    This Court, *sua sponte*, having issued an order to show cause why the appeal should not be dismissed due to appellant's failure to file required forms within the time period specified in the Local Rules of the Court; and,

    Appellant not having responded to the Court as directed;

    IT IS ORDERED, that the appeal is dismissed.

For the Court:
Catherine O'Hagan Wolfe, Clerk
By: _____
Atasha Joseph, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, C
by _____ DEPUTY CLERK

CERTIFIED: 07/24/09